WO

JL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Lee Nichols,<br><br>    Petitioner,<br><br>v.<br><br>State of Arkansas, et al.,<br><br>    Respondents. | No.  CV 22-00872-PHX-MTL (DMF)<br><br>**ORDER** |

  Petitioner Johnny Lee Nichols, who is confined in the East Arkansas Regional Unit in Marianna, Arkansas, has filed a "Removal of Case from State Court," which the Clerk of Court docketed as Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition") to facilitate its consideration.

  In the Petitioner, Petitioner names as Respondents the State of Arkansas, Director of the Arkansas Department of Corrections Dexter Payne, and Warden G. Lay.  Petitioner challenges an Arkansas criminal conviction.  His connection to Arizona, if any, is unclear.  Thus, this Court is not the correct venue to hear the Petition.

  When venue has been laid in the wrong district, the Court must "dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).  Whether to dismiss or transfer the case is within the Court's discretion.  *Cook v. Fox*, 537 F.2d 370, 371 (9th Cir. 1976).

  Petitioner could have brought the Petition in the United States District Court for the Eastern District of Arkansas, Eastern Division.  The Court will therefore transfer the

Petition and this action to the United States District Court for the Eastern District of Arkansas, Eastern Division.

**IT IS ORDERED** that the Clerk of Court **must transfer** the Petition (Doc. 1) and this case to the United States District Court for the Eastern District of Arkansas, Eastern Division.

Dated this 25th day of May, 2022.

Michael T. Liburdi
United States District Judge